### 15605.   McLENDON *et al. v.* TOWNS.

LUKE, J. The certiorari was properly overruled.

 *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

 DECIDED OCTOBER 7, 1924.

Certiorari; from Wheeler superior court—Judge Graham. March 24, 1924.

*W. B. Kent,* for plaintiffs in error.

*H. W. Nalley,* contra.